IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WACHOVIA MORTGAGE ASSOC., <br>    Plaintiff, <br>     v. <br> OLIVIA LEE, <br>    Defendant. | CIVIL ACTION FILE <br> NO. 1:11-CV-304-TWT |

### ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that this action be remanded to the Magistrate Court of DeKalb County. This Court has no subject matter jurisdiction. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County.

SO ORDERED, this 16 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Wachovia Mortgage Assoc\r&r.wpd